JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC and GOLDENVOICE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PARTICLE LLC; et al., <br><br> Defendants. | Case No. 2:16-cv-02539-SJO (Ex) <br><br> **ORDER FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT AS TO DEFENDANTS ALLIANCE TALENT INTERNATIONAL AND JASON SWARTZ** <br><br> Hon. S. James Otero |

645871.1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Plaintiffs and Defendants, having reached a full settlement of this matter, hereby stipulate and agree to the entry of a permanent injunction and final judgment as follows:

1. Defendants Alliance Talent International, its officers, agents, servants, employees, and Jason Swartz, and his agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this Order, are permanently enjoined from:

   a. Using in commerce any of the COACHELLA Marks attached as Exhibit 1 to this Order, or any confusingly similar designation thereto without Plaintiff's prior written authorization;

   b. Selling, offering to sell, or trading any pass (including public or non-public pass) to the Coachella Valley Music & Arts Festival;

   c. Using any pass (including public or non-public pass) to the Coachella Valley Music & Arts Festival in connection with any commercial offering of goods or services without Plaintiffs' written authorization; and

   d. Assisting or aiding and abetting any other person or business entity in engaging in any of the items recited in paragraphs 1(a)-(c) of this Order.

   e. The term "using in commerce" above, shall not be construed to prohibit Jason Swartz from personally using a lawfully obtained pass, in compliance with any established terms of use, to the Coachella Valley Music & Arts Festival.

2. This Court has jurisdiction over the parties and the subject matter of this action. This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction.

3. All relief not expressly granted herein is DENIED.

4. Each party shall bear its own costs, expenses, and attorney's fees.

645871.1

-1-

5. This is a Final Judgment.

**IT IS HEREBY ORDERED**

Dated: July 17, 2016

_S. James Otero_
Hon. S. James Otero
United States District Judge